UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL R. FANNING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1246MLM |
| ) | |
| MACHECA TRANSPORT CO., d/b/a ) | |
| GATEWAY COLD STORAGE, and ) | |
| MACHECA TRANSPORT CO. d/b/a ) | |
| GATEWAY REFRIGERATION, ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on Defendant's Request for Supplemental Rule 16 Conference and Stay of Summary Judgment Proceedings. [Doc.16] Plaintiffs oppose the Motion. [Doc. 17] The court has considered the Motion and finds it should be granted in part and denied in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Request for Supplemental Rule 16 Conference is **DENIED**. [Doc. 16]

**IT IS FURTHER ORDERED** that Defendants' Alternative Motion for Referral to ADR is **GRANTED**. [Doc. 16]

**IT IS FURTHER ORDERED** that this case is referred to ADR effective immediately and a referral to ADR Order shall be filed contemporaneously herewith.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay Ruling on Plaintiffs' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part. The Motion is denied without prejudice with leave to refile upon completion of ADR, if appropriate. [Doc. 16]

**IT IS FURTHER ORDERED** that the parties shall report to the court the outcome of the mediation and refile the Motion for Summary Judgment, if appropriate, no later than September 30, 2005.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  1st  day of August, 2005.